

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

In the seventeen (17) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed January 27, 2015, Misc. Docket No. 15-9022, it is ordered that these causes be transferred to the Eighth Court of Appeals at El Paso, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Eighth Court of Appeals.

| CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|
| 1. 2-15-001-CR | Damon Markieth Asberry v State of Texas | Tarrant |
| 2. 2-15-002-CR | Jesse Sanchez v. State of Texas | Tarrant |
| 3. 2-15-006-CR | Shane Thomas Dowdy v. State of Texas | Tarrant |
| 4. 2-15-007-CR | Jason Killian v. State of Texas | Hood |
| 5. 2-15-008-CR | Eduardo Rael v. State of Texas | Tarrant |
| 6. 2-15-013-CR | Savanna McIntare v. State of Texas | Hood |
| 7. 2-15-014-CR | Dustin Shane Graydon v. State of Texas | Tarrant |
| 8. 2-15-016-CR | David Lewis Tipton v. State of Texas | Tarrant |
| 9. 2-15-005-CV | Western Hills Harbor v. Todd Baker | Hood |
| 10. 2-15-008-CV | Kelly Morris Wheeling v. Everett Thomas Wheeling | Parker |
| 11. 2-15-011-CV | RZAQ, Inc. and Bader Obeid v. Mohawk Servicing, LLC | Tarrant |
| 12. 2-15-013-CV | Harold A. Rumzek v. Bryan D. Lucchesi | Tarrant |
| 13. 2-15-018-CV | In the Matter of E.H. | Tarrant |
| 14. 2-15-020-CV | Tanda Stringfellow v. Jeffrey Shane Stringfellow | Cooke |
| 15. 2-15-021-CV | Eusebio Palacios v. Jayaben Patel | Tarrant |
| 16. 2-15-022-CV | Daniel Smith v. Schwartz Properties | Denton |
| 17. 2-15-023-CV | Holly Gail Crampton v. Commission for Lawyer Discipline | Wichita |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered February 19, 2015, transferring the above seventeen (17) causes from this Court to the Eighth Court of Appeals at El Paso, Texas as it appears in Minute Book volume 80, page 438-439.

IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 19th day of February, 2015.



DEBRA SPISAK, CLERK
SECOND COURT OF APPEALS
FORT WORTH, TEXAS

*Debra Spisak*